```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```



FILED
MAY 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:12-SW-212 KJN |
|---|---|
| 2006 Chevy Tahoe 5SLS717<br>VIN #:1GNEK13ZX6J158775<br>2009 Mercedes Benz 6GBY476<br>VIN #: WDDGF54X59F228092<br>Peterbilt Truck 9D44046<br>VIN #: 1NP5GGGG90D488220<br>1995 Toyota Corolla 3NLE692<br>VIN #: 1NXAE09B2SZ335620<br>1993 Kenworth Truck 9D44931<br>VIN #: 1NKDLR9X3PJ590940<br>2004 Toyota Tacoma 7S42936<br>VIN #: 5TEGN92N14Z307003<br>2003 Nissan Altima 5BND598<br>VIN #: 3N1CB51D33L810691<br>2006 Nissan Xterra 5WSP104<br>VIN #: 5N1AN08W26C560829<br>1998 Kenworth Truck 9D88276<br>VIN #: 1XKTDB9X8WJ756857 | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: May 11, 2012

_____
DALE A. DROZD
United States Magistrate Judge